SMILEY ET AL. *v.* ATKINSON, individually and as Adm'x of the Estate of John C. Atkinson ET AL.

[No. 280, September Term, 1971.]

*Decided March 20, 1972.*

(See opinion 12 Md. App. 543 (1971).)

The cause was argued before HAMMOND, C. J., and BARNES, MCWILLIAMS, FINAN, SINGLEY, SMITH and DIGGES, JJ.

*Robert B. Barnhouse,* with whom were *James P. Gillece, Jr.,* and *Piper & Marbury* on the brief, for appellants.

130

*Clayton A. Dietrich, Chief Assistant City Solicitor,* on motion to dismiss for Mayor and City Council of Baltimore, part of appellees. *Max R. Israelson,* with whom were *Joseph I. Pines, Harry A. E. Taylor* and *Israelson, Pines & Jackson* on the brief, for other appellees.

PER CURIAM:

This Court adopts the opinion of Judge Powers in *Smiley v. Atkinson, Adm'x,* 12 Md. App. 543 (1971), and therefore affirms the judgments appealed from.

> *Judgments affirmed with costs.*